# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| Plaintiff, | Case No. 2:12-cv-102 |
| v. | **PATENT CASE** |
| **PANASONIC CORPORATION OF NORTH AMERICA,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss With Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and agreed by Defendant Panasonic Corporation of North America ("Panasonic"), the Court is of the opinion that such Motion should be **GRANTED**.

It is therefore **ORDERED** that NovelPoint's claims against Defendant Panasonic are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 4th day of September, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE